MARGOT LOUGHRAN v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 765.]

In the Matter of the Arbitration Between MACARTHUR CONCRETE PILE CORPORATION, Respondent, and KEW QUEENS CORP., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 761.]

STATE OF RIO DE JANEIRO v. E. H. ROLLINS & SONS, INCORPORATED, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 751.]

In the Matter of MAX KRUPP, Judgment-Creditor-Respondent, against WINTHROP G. FELTER, Judgment-Debtor-Appellant.— Motion for leave to appeal to the Court of Appeals or. for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 761.]

PATRICK G. TIGHE v. SINCLAIR REFINING COMPANY and WILLIE AMATULLI.— Motion for leave to appeal to the Court of Appeals dismissed as premature. (See Civ. Prac. Act, § 591, subd. 2.) Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante*, p. 22; *post*, p. 875.]

LEBANON SHIRT Co., INC., v. CATAWBA RIVER COMPANY, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 765.]

In the Matter of HAZEL MARCUS, Respondent. R. H. MACY & Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 273 App. Div. 725.]

GEORGE D. HIX v. EDWARD J. DEEGAN, Doing Business as E. J. DEEGAN MANUFACTURING Co.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, with leave to the defendant to answer the amended complaint within five days after service of the order, with notice of entry thereof, on payment of said costs and the costs awarded by the order of this court entered June 17, 1948. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 769.]

BRYANT PARK BUILDING, INC., v. NETLEY SERVICE CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 766.]

In the Matter of JULIUS GOLDBERG, Respondent, against FERDINAND Q. MORTON et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 273 App. Div. 1004.]

NATIONAL STARCH PRODUCTS, INC., v. POLYMER INDUSTRIES, INC., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 273 App. Div. 732.]

N. V. "OXYDE", MAATSCHAPPIJ VOOR ERTSEN EN METALEN, v. NATIONAL SURETY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante*, p. 764.]